FILED
NOV - 8 2016
Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DUPPERMAN04@COMCAST.NET THAT IS STORED AT PREMISES CONTROLLED BY COMCAST | Case: 1:16-mj-00758 Assigned To : Magistrate Judge G. Michael Harvey Assign. Date : 11/08/2016 Description: Search & Seizure Warrant |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Comcast Communications LLC ("Comcast"), a provider of electronic communication services and/or remote computing services, not to notify any person, including the subscribers and customers of the account(s) listed in the warrant, of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Comcast shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Comcast may disclose the attached warrant to an attorney for Comcast for the purpose of receiving legal advice.

(Continued on Next Page)

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, except that the Government may provide these documents to other parties in order to meet its discovery obligations under Federal Rule of Criminal Procedure 16 without further order of the Court.

11/8/16
Date

United States Magistrate Judge
G MICHAEL HARVEY
U.S. MAGISTRATE JUDGE